CANNON *v.* PLUNKETT, sheriff. FLOYD *v.* PLUNKETT, sheriff.

These cases being for decision by a full bench of six Justices, who are evenly divided in opinion, Russell, C. J., and Atkinson and Hill, JJ., being in favor of a reversal, and Beck, P. J., and Gilbert and Hines, JJ., being in favor of an affirmance, the judgments of the trial court stand affirmed by operation of law.

Nos. 5820, 5824. NOVEMBER 18, 1927. REHEARING DENIED MARCH 3, 1928.

Petitions for injunction. Before Judge Franklin. Richmond superior court. December 18, 1926.

*Peebles & Bowden,* for plaintiffs.

*W. Inman Curry, solicitor,* and *George Hains, solicitor-general,* for defendant.

Appeal and Error, 4 C. J. p. 1122, n. 35.

---

## HUTCHINGS *v.* MERRITT.

ATKINSON, J. 1. A plaintiff in ejectment can not engraft upon the original petition an amendment in the nature of a petition in equity, praying for a judgment declaring a deed from himself to the defendant, absolute in form, to be a security for debt only, and for an equitable accounting between the parties, etc., without alleging that the defendant is a resident of the county in which the suit is pending or a non-resident of the State. Civil Code (1910), §§ 5527, 6540; *Johnson* v. *Griffin,* 80 *Ga.* 551 (7 S. E. 94); *Clayton* v. *Stetson,* 101 *Ga.* 634 (28 S. E. 983); *Vizard* v. *Moody,* 115 *Ga.* 491 (41 S. E. 997); *Townsend* v. *Brinson,* 117 *Ga.* 375 (43 S. E. 748). Powell on Actions for Land, 150, § 126.

2. Under application of the principle stated in the preceding note, the judge did not err in striking the amendment to the petition.

3. The amendment having been stricken, it was not erroneous to reject evidence offered to sustain it.

4. The defendant having shown an absolute deed to the land from the plaintiff to the defendant, the judge did not err in directing a verdict for the defendant.     *Judgment affirmed. All the Justices concur.*

No. 5880. FEBRUARY 14, 1928.

Ejectment. Before Judge Malcolm D. Jones. Bibb superior court. January 24, 1927.

*R. D. Feagin,* for plaintiff.     *L. D. Moore,* for defendant.

Ejectment, 19 C. J. p. 1129, n. 78.
Mortgages, 41 C. J. p. 362, n. 97.
Pleading, 31 Cyc. p. 680, n. 69.